# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King. George H. | United States District Court. Central District of California | 05/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active-United States District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Suite 660
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor of will | ▬ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 LA Financial Credit Union | A | Interest | M | T | | | | | |
| 2. In Trust #1 Real Estate Prescott, AZ (y) | D | Rent | M | S | | | | | |
| 3. Wells Fargo Bank, N.A. Savings/Checking | A | Interest | K | T | | | | | |
| 4. Universal Life Insurance (State Farm) | B | Dividend | M | T | | | | | |
| 5. Alamos Gold Inc. (formerly Esperanza Resources Corp.) | | None | J | T | | | | | |
| 6. Applied Energetics | | None | J | T | | | | | |
| 7. Barrick Gold Corp (ABX) | A | Dividend | J | T | | | | | |
| 8. Belo Sun Mining Corp. (BSX) | | None | J | T | | | | | |
| 9. Centamin Plc (CEE) | A | Dividend | J | T | | | | | |
| 10. Centerra Gold Inc. (CG) | A | Dividend | J | T | | | | | |
| 11. Chaoda Modern Agriculture Holdings (0682) | | None | J | T | | | | | |
| 12. Dalradian Resources Inc. (DNA) | | None | J | T | | | | | |
| 13. Detour Gold Corp. (DGC) | | None | J | T | | | | | |
| 14. Broker #3 Cash Reserves (y) | A | Interest | M | T | | | | | |
| 15. First Majestic Silver Corp. (AG) | | None | J | T | | | | | |
| 16. Fortuna Silver Mines Inc. (FSM) (y) | | None | J | T | | | | | |
| 17. Gold Canyon Resources Inc. (GCU) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gold Standard Ventures Corp. (GSV) | | None | J | T | | | | | |
| 19. Hong Kong Dollars (HKD) | A | Dividend | J | T | | | | | |
| 20. Humana | A | Dividend | J | T | | | | | |
| 21. Iamgold Corporation (IAG) | | None | J | T | | | | | |
| 22. Broker # 1 (IRA and Brokerage) account | | None | M | T | Distributed (part) | 01/31/14 | J | A | Brokerage acct. closed |
| 23. International Tower Hill Mines Ltd. (THM) | | None | J | T | | | | | |
| 24. Ishares 10-20 year treasury bond ETF | A | Dividend | K | T | Buy | 06/13/14 | K | | |
| 25. Kinross Gold Corp. (KGC) | | None | J | T | | | | | |
| 26. Lydian International Ltd. (LYD) | | None | J | T | | | | | |
| 27. Mast Therapeutics Inc. Com (Previously Advantrx Pharmaeuticals Inc. | | None | J | T | | | | | |
| 28. New Gold (NGD) | | None | K | T | | | | | |
| 29. Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |
| 30. Progen Pharmaceuticals Ltd. Ordinary Shares IAIN (DC) | | None | J | T | | | | | |
| 31. Rye Patch Gold Corp. (RPM) | | None | J | T | | | | | |
| 32. Shui On Land Ltd. (0272) | | None | J | T | | | | | |
| 33. Silver Wheaton Corp. (SLW) | A | Dividend | J | T | | | | | |
| 34. Sino Land Co. (83) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Specie Assets (Spc) | | None | M | T | Buy | 01/24/14 | J | | |
| 36. Suntec Real Estate Investment Trust NPV | A | Dividend | J | T | | | | | |
| 37. Sunward Resources Ltd. (SWD) | | None | J | T | | | | | |
| 38. Telik Inc. | | None | J | T | | | | | |
| 39. Treasury Fund-Capital reserves (Brkr # 2 reinvests monthly)(y) | A | Dividend | M | T | | | | | |
| 40. Turquoise Hill Resources Ltd. (TRQ) | | None | J | T | | | | | |
| 41. Vista Gold Corp. (VGZ) (y) | | None | | | | | | | |
| 42. Zijin Mining Group Co. Ltd. (2899) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This explanation/information regards Part III (B): This item was inadvertently omitted from the 2012 Financial Disclosure Report.

These explanations/information regard Part VII:

1. Line 2: Pursuant to Judicial Conference of the United States Committee on Financial Disclosure letter dated September 19, 2011, we report that the full cash value of the property according to the Yavapai County Assessor is $178,447. According to the same entity, the assessed full cash value is $17,845.

2. Line 14: In prepartion of this Financial Disclosure Report (FDR), the fact that a dividend was received and the range amount received during that year, if any, were both reported on the inital line that identifies the asset. Dividends distributed at intervals during the year were compiled in that single line item. See line item 39 as well.

3. Line 16: This item was inadvertantly reported as sold at year end 2013 when it was actually held.

4. Line 41 : This item was inadvertantly reported as held at year end 2013 when it was actually sold in July 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George H. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544